P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
$ 00.406
PITNEY BOWES
02 1R
0002003152    DEC 18 2014
MAILED FROM ZIP CODE 78701



RE: WR-81,787-01

Unable to identify at El Reno
Federal Correctional Institution
NO FEDERAL REGISTER NUMBER

BRIAN HEATH COLLINS
FCI EL RENO SATELLITE CAMP
FEDERAL CORRDCTIONAL INSTITUTION
P.O. BOX 1500
EL RENO, OK 73036

- - - - ' - ANK

